```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

                                 INDIGENT TRAVEL ORDER

          -against-                       23 MJ 7135

CK Chikong Tran,

                        Defendant.

------------------------------------- x

    Pursuant to 18 U.S.C. §4285, upon the application of defendant CK Chikong Tran, through his counsel Ken Womble, Esq., and upon all proceedings previously herein:

    It is hereby ORDERED:

    That the United States Marshals Service make arrangements and furnish the fare for Mr. Tran's non-custodial transportation from the United States District Court for the Southern District of New York, specifically from New York, New York, for Mr. Tran to appear before the United States District Court for the Northern District of Alabama on January 16, 2024 at 10:00 A.M. It is further ORDERED that a certified copy of this Order be served upon the United States Marshals Service.

Dated:    New York, New York
           December 20, 2023

                                         _____
                                         THE HONORABLE STEWART D. AARON
                                         United States District Judge